**No. 51092.**—Protests 116509–K, etc., of B. Shackman & Co. et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690), the merchandise in question was held not subject to countervailing duty.

**No. 51093.**—Protests 58751–K, etc., of Soeldner-Heyman Co. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 51094.**—Protests 44709–K, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

APRIL 30, 1946

**No. 51095.**—————————Protest 116063–K of Fred Leighton doing business as Fred Leighton Mexican Imports. Abstract 50922. Motion of Government for rehearing granted.

MAY 3, 1946

**No. 51096.**—————————Protests 80214–K, etc., of Finland Ceramics & Glass Corp. Abstract 50988. Plaintiff's application for rehearing granted.